**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**TOTAL ENERGY CORP.,**

**Plaintiff,**

**- against -**

**J. ROLLINS CONSTRUCTION, INC.,**

**Defendant.**

---

**26-cv-4488 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendant to answer the complaint was July 15, 2026. See ECF No. 7. To date, no answer has been filed.

The time for the defendant to answer or respond to the complaint is extended until **July 24, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

The plaintiff shall serve a copy of this Order on the defendant and file proof of service on the docket by **July 20, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**July 17, 2026**

**John G. Koeltl**
**United States District Judge**