**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TOTAL ENERGY CORP.,**

**Plaintiff,**

**- against -**

**J. ROLLINS CONSTRUCTION, INC.,**

**Defendant.**

**26-cv-4488 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendant to answer or otherwise respond to the complaint was July 15, 2026. ECF No. 7. On July 17, 2026, the Court extended that time until July 24, 2026. ECF No. 8. To date, the defendant has failed to answer or otherwise respond to the complaint.

The time for the defendant to answer or otherwise respond to the complaint is extended until **August 3, 2026.** If the defendant fails to respond by that date, the plaintiff may move for a default judgment against the defendant, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than **August 14, 2026**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendant and file proof of service on the docket by **July 29, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**July 27, 2026**

**John G. Koeltl**
**United States District Judge**