UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOTAL ENERGY CORP.,

Plaintiff,

- against -

J. ROLLINS CONSTRUCTION, INC.,

Defendant.

26-cv-4488 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held today, the plaintiff's motion for leave to file an amended complaint is **granted**. The plaintiff shall file an amended complaint by **August 24, 2026**. The time for the plaintiff to seek a default judgment against the defendant J. Rollins Construction, Inc. is **stayed** until thirty days after the time for both defendants to respond to the forthcoming amended complaint.

**SO ORDERED.**

**Dated:** New York, New York
August 10, 2026

John G. Koeltl
United States District Judge