UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TOTAL ENERGY CORP.,
Plaintiff(s)

26 civ 4488 (JGK)

-against-

J. ROLLINS CONSTRUCTION, INC., et al,
Defendant(s).
-----------------------------------------------------------------X

**ORDER**

A conference scheduled for Thursday, September 17, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
September 8, 2026