UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TOTAL ENERGY CORP.,

Plaintiff,

- against -

J. ROLLINS CONSTRUCTION, INC., ET AL,

Defendants.

26-cv-4488 (JGK)

Order

**John G. Koeltl, District Judge:**

On May 28, 2026, the plaintiff filed a complaint. ECF No. 1. On August 13, 2026, the plaintiff filed an amended complaint. ECF No. 16; see ECF No. 14. The plaintiff served the summons and amended complaint on the defendant Onsite Emergency Services on August 28, 2026. ECF No. 20. Accordingly, the time for the defendant Onsite Emergency Services to answer or otherwise respond to the amended complaint was September 18, 2026. To date, Onsite Emergency Services has not done so. The plaintiff must also serve the amended complaint on the defendant J. Rollins Construction, see Fed. R. Civ. P. 5(a)(1)(B), but has not done so.

The plaintiff shall serve the amended complaint on defendant J. Rollins Construction and a copy of this order on both defendants and file proof of service on the docket by **October 7, 2026**. The time for both defendants to answer or otherwise respond to the amended complaint is **October 28, 2026**. If either defendant fails to respond by that date, the plaintiff may then move for a default judgment against the defendant, by order to show cause and in

accordance with Federal Rule of Civil Procedure 55, Local Civil Rules 55.1 and 55.2, and Section VIII of the Court's Individual Practices (emphasis added to clarify the governing rule and process in response to plaintiff's September 30, 2026 letter), no later than **November 25, 2026**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 5, 2026**

**John G. Koeltl**
**United States District Judge**